NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WM. WRIGLEY JR. CO.,**
*Plaintiff-Appellant,*

v.

**CADBURY ADAMS USA LLC,**
*Defendant-Cross Appellant.*

---

2011-1140, -1150

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 04-CV-0346, Judge Robert M. Dow, Jr.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for a 45-day extension of time, until April 14, 2011, for the Wm. Wrigley Jr. Co. to file its principal brief, and for a 34-day extension of time, until June 27, 2011, for Cadbury Adams USA LLC, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Patricia K. Schmidt, Esq.
James M. Bollinger, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 2 4 2011**

**JAN HORBALY**
**CLERK**